UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANN MARIE PIERCE,

                Plaintiff,

v.                              Case #12-CV-6623-FPG

                                  ORDER DISMISSING CASE

MONORE COUNTY DEPARTMENT
OF MOTOR VEHICLES and SUPERVISOR
MICHAEL A. MOLINARI, INDIVIDUALLY,

                Defendants.

      By letter dated January 12, 2015, *pro se* Plaintiff Ann Marie Pierce has requested that this case be dismissed. Dkt. # 32. The Court interprets the letter as a motion to voluntarily dismiss her case under Fed. R. Civ. P. 41(a)(2), and the motion is GRANTED. This action is hereby dismissed, and the Clerk of the Court is requested to close this case.

      IT IS SO ORDERED.

DATED:     Rochester, New York
                  January 14, 2015

                                                _____
                                                 HON. FRANK P. GERACI, JR.
                                                 United States District Judge